UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| FRANCISCO JAVIER AZUARA, JR., §<br>§<br>Petitioner, §<br>VS. §<br>§<br>LORIE DAVIS, §<br>§<br>Respondent. § | CIVIL ACTION NO. 5:18-CV-5 |

## ORDER

Pending is the Magistrate Judge's Report and Recommendation (Dkt. 23) recommending that Petitioner Francisco Javier Azuara Jr.'s Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Dkt. 1) be denied with prejudice. The parties have been duly noticed regarding the filing of objections, and the applicable 14-day timeframe for the filing of objections has now lapsed. Noting that no objections have been filed and having now reviewed the matter as provided by 28 U.S.C. § 636, the Court concludes that the Report and Recommendation should be and is hereby ACCEPTED. Thus, Petitioner's petition (Dkt. 1) is hereby DENIED with prejudice. The Clerk of Court is DIRECTED to mail Petitioner a copy of this Order by Federal Express at the address indicated in his most recently filing, as well as at the following address:

Francisco Javier Azuara, Jr., 01966699
Briscoe Unit
1459 West Highway 85
Dilley, TX 78017.

IT IS SO ORDERED.

SIGNED this 13th day of November, 2019.

_____
Diana Saldaña
United States District Judge